IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                                 Cr. No. 21-MJ-00012-JAY

NICHOLAS JAMES BROCKHOFF

        Defendant.

---

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that the below signed counsel, herein enters her appearance as counsel of record on behalf of the above styled defendant in this cause. **Please remove the FPD's name from the distribution list.**

This 27th day of May, 2021.

                                          s/ LARONDA R. MARTIN
                                          Assistant Federal Defender
                                          109 South Highland, Suite 105
                                          Jackson, TN 38301
                                          (731) 427-2556

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance has been forwarded by electronic means via the Court's electronic filing system to Mr. Matthew Wilson, Assistant U.S. Attorney, 109 S. Highland, Avenue, 3rd Floor, Jackson, TN 38301. This 27th day of May, 2021.

                                          s/ LARONDA R. MARTIN
                                          Assistant Federal Defender